AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

U.S. District Court
Eastern District of Wis.

I hereby certify that this is a
~~true and correct copy of the~~
original now remaining of record
in my office.
WILLIAM E. DUFFIN
U.S. Magistrate Judge
DATED: 7/6/__
By: CLERK _____

| | |
|---|---|
| United States of America<br>v.<br>**NAHOM HAGOS**<br>D.O.B. xx/xx/1989<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) )  Case No. 18-MJ-1290 |

FILED
JUL 25
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    NAHOM HAGOS                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 21, U.S.C., Sections 841(a)(1), 841(b)(1)(B), and 846, Conspiracy to Possess with Intent to Distribute and to Distribute in excess of 100 kilograms of Marijuana, a Schedule I Controlled Substance; and, Title 18, U.S.C., Sections 1956 and 2, Money Laundering, and Conspiracy to commit Money Laundering.

Date: 7/19/18

*Issuing officer's signature*

City and state:    Milwaukee, WI

William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 7/19/18 , and the person was arrested on (date) 7/25/18
at (city and state) Falls Church, VA .

Date: 7/25/18

*Arresting officer's signature*

Miriam Roskam / Special Agent
*Printed name and title*